# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TODD YOUNG** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  23-5067 |
| | : | |
| **EXELIXIS, INC.** | : | |

# **ORDER**

**AND NOW**, this 7th day of May 2025, upon considering plaintiff's letter requesting an order dismissing the action (DI 36), it is **ORDERED**:

1. The action is **DISMISSED** pursuant to Local Rule 41.1(b).

2. The Clerk of Court shall **close** this case.

_/s/ John F. Murphy_
**MURPHY, J.**